MICHAEL D. ALLEN, State Bar No. 198126
mallen@lbaclaw.com
RAYMOND W. SAKAI, State Bar No. 193507
rsakai@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants
COUNTY OF LOS ANGELES and CHRISTOPHER DERRY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE TOWNSEND, an individual, | Case No. 2:21-cv-02156-PSG-JC |
| Plaintiff, | Honorable Philip S. Gutierrez |
| vs. | **JOINT STATUS REPORT RE: PLAINTIFF'S STATE COURT CRIMINAL PROCEEDINGS** |
| CHRISTOPHER DERRY, an individual; COUNTY OF LOS ANGELES, a Governmental Entity, | |
| Defendants. | |

TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Defendants County of Los Angeles and Christopher Derry ("Defendants") and Plaintiff Cherie Townsend ("Plaintiff") (collectively "the Parties") submit this Joint Status Report per the Court's December 28, 2022 Order. (Dkt. 26).

1. Defendants' Portion:

    A.    Defendants' Portion includes the procedural status and history of the underlying two criminal cases against Plaintiff as Plaintiff's attorney's does not agree to providing it jointly. This action was stayed pending Plaintiff's criminal prosecution in two cases in Los Angeles

County Superior Court: *People v. Townsend*, LASC Case No. KA125204 and *People v. Townsend*, LASC Case No. NA117975. (*See* Dkts. 14, 18, 23, 26).

      B.    In *People v. Townsend*, LASC Case No. NA117975, Plaintiff plead no contest to violation of Penal Code § 529(A)(3), false impersonation.

      C.    In *People v. Townsend*, LASC Case No. KA125204, Plaintiff plead no contest to violation of California Penal Code § 476(a)(A), passing non-sufficient funds check exceeding $950.

      D.    In the interest of judicial economy and in light of the fact that Plaintiff pled no contest to at least one count in each of the underlying criminal matters, Defendants request that the Court continue the stay for 60 days to allow for meet and confer, obtaining the court records, and a hearing date for a motion to dismiss based on *Heck v. Humphrey,* 512 U.S. 477, 487 (1994) (when "judgment in favor of the plaintiff would necessarily imply the invalidity of his conviction or sentence . . . the complaint must be dismissed[.]") and other issues. Determination of the *Heck* issue from the judicially noticeable records from the underlying criminal court proceedings will save the Court and Parties time and resources of further proceedings that may be unnecessary.

    2.    <u>Plaintiff's Report</u>: Plaintiff does not agree to a further 60-day stay of the case to allow Defendants' time to file a motion regarding *Heck*. The sole purpose of the stay has been satisfied because the criminal case matters involving Plaintiff have concluded. Plaintiff requests the Court return the case to the active docket and set a status conference to discuss how the case should proceed from there.

//

//

| | | |
|---|---|---|
| 1 | Dated: June 16, 2023 | HAYSBERT MOULTRIE, LLP |
| 2 | | |
| 3 | | |
| 4 | | By   /s/ Nazareth M. Haysbert |
| | | Nazareth M. Haysbert |
| 5 | | James L. Moultrie |
| 6 | | Attorneys for Plaintiff |
| | | Cherie Townsend |

Dated: June 16, 2023          LAWRENCE BEACH ALLEN & CHOI, PC

By   /s/ Raymond W. Sakai
Raymond W. Sakai[1]
Attorneys for Defendants
COUNTY OF LOS ANGELES and
CHRISTOPHER DERRY

---

[1] As the filer of this Joint Status Report, I attest that Nazareth M. Haysbert concurs in the content of the Report and has authorized its filing.

3